# UNITED STATES DISTRICT COURT
## District of Columbia

Equal Rights Center,
Philip Myrun and
Bonnie Milstein,

                        Plaintiffs,                        SUMMONS IN A CIVIL CASE

V.

TRENTUNO LIMITED PARTNERSHIP
d/b/a THE CARLYLE SUITES HOTEL,

                        Defendant.

CASE NUMBER  1:05CV02227

JUDGE: Ellen Segal Huvelle

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 11/16/2005

TO: (Name and address of Defendant)

TRENTUNO LIMITED PARTNERSHIP
d/b/a THE CARLYLE SUITES HOTEL
1731 New Hampshire Avenue, NW
Washington, DC  20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David D. DiBari
Clifford Chance US LLP
2001 K Street, NW
Washington, DC  20006-1001
(202) 912-5000

an answer to the complaint which is served on you with this summons, within    __Twenty (20)__    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     NOV 16 2005

CLERK                                                                       DATE

*Maureen Higgins*
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Equal Rights Center, et al.

vs.

Trentuno Limited Partnership d/b/a The Carlyle Suites Hotel

No. 1:05CV02227 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

   I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order and Complaint in the above entitled case, hereby depose and say:

   That my date of birth / age is 11-03-1974.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 9:34 am on November 22, 2005, I served Trentuno Limited Partnership d/b/a The Carlyle Suites Hotel at 1731 New Hampshire Avenue, NW, Washington, DC 20009 by serving Richard Spigler, President, authorized to accept.  Described herein:

   SEX-    MALE
   AGE-    30
   HEIGHT- 6'0"
   HAIR-   GRAY
   WEIGHT- 190
   COLOR-  WHITE

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  11-22-05
             Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 162132