IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER,<br>11 Dupont Circle NW, Suite 400<br>Washington, DC 20036<br><br>And<br><br>PHILIP MYRUN,<br>2 Starkel Road, Apt. 3<br>West Hartford, CT 06117<br><br>And<br><br>BONNIE MILSTEIN,<br>153 Ripley St.<br>San Francisco, CA 94110<br><br>Plaintiffs,<br><br>v.<br><br>TRENTUNO LIMITED PARTNERSHIP<br>d/b/a THE CARLYLE SUITES HOTEL,<br>1731 New Hampshire Ave., NW<br>Washington, DC 20009<br>(202) 232-5900<br><br>Defendant. | Case No. 1:05-CV-02227-ESH |

## JOINT MOTION AND STATEMENT OF POINTS AND AUTHORITIES
## TO TEMPORARILY STAY ALL PROCEEDINGS

Plaintiffs, Equal Rights Center, Philip Myrun ("Mr. Myrun"), and Bonnie Milstein ("Ms. Milstein") (collectively, "Plaintiffs"), by their attorneys, Clifford Chance US LLP and the Washington Lawyers' Committee for Civil Rights & Urban Affairs, and Defendant, Trentuno Limited Partnership d/b/a/ The Carlyle Suites Hotel ("the Hotel"), appearing pro se,

(collectively, "the Parties"), respectfully submit this Joint Motion to Temporarily Stay All Proceedings, including the Hotel's obligation to plead, answer, or otherwise respond to Plaintiffs' Complaint. In support of this motion, the Parties state as follows:

1) On November 16, 2005, Plaintiffs filed the Complaint against Defendant.

2) Plaintiffs' Complaint relates to Mr. Myrun's visit to the Hotel on November 17-20, 2004, Ms. Milstein's reservation for Mr. Myrun at the Hotel, and the accessibility of the Hotel for guests with disabilities. Plaintiffs allege that the Hotel's acts and state of accessibility constituted violations under the Americans with Disabilities Act, 42 U.S.C. §§ 12181-12189; the District of Columbia Human Rights Act, D.C. Code §§ 2-1401.01 – 1404.04; the District of Columbia Consumer Protection Procedures Act, D.C. Code §§ 28-3901 –3911; and common law fraud.

3) The Parties have agreed to work together to attempt to arrive at an amicable resolution and agree that a temporary stay of all proceedings in this case would facilitate their efforts.

4) For these reasons, and in the interest of justice and judicial economy, the Parties jointly request that the Court temporarily stay all proceedings in this case for thirty (30) days.

WHEREFORE, the Parties respectfully move this Court to temporarily stay all proceedings for thirty (30) days.

DATED this 6th day of December, 2005.

Respectfully submitted,

_____
Richard A. Spigler
President
TRENTUNO LIMITED PARTNERSHIP
d/b/a THE CARLYLE SUITES HOTEL
1731 New Hampshire Ave., NW
Washington, DC 20009
Tel: (202) 232-5900
Fax: (202) 387-0085

*Pro Se* Defendant

/s/_____
David D. DiBari (DC Bar ID # 426152)
Tara S. Swidler (DC Bar ID # 492138)
CLIFFORD CHANCE US LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 912-5000
Fax: (202) 912-6000

Elaine Gardner (DC Bar ID # 271262)
Washington Lawyers' Committee for
Civil Rights & Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 319-1000
Fax: (202) 319-1010

Attorneys for Plaintiffs