IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER,<br>11 Dupont Circle NW, Suite 400<br>Washington, DC 20036<br><br>and<br><br>PHILIP MYRUN,<br>2 Starkel Road, Apt. 3<br>West Hartford, CT 06117<br><br>and<br><br>BONNIE MILSTEIN,<br>153 Ripley St.<br>San Francisco, CA 94110<br><br>    Plaintiffs,<br><br>  v.<br><br>TRENTUNO LIMITED PARTNERSHIP<br>d/b/a THE CARLYLE SUITES HOTEL,<br>1731 New Hampshire Ave., NW<br>Washington, DC 20009<br>(202) 232-5900<br><br>    Defendant. | Case No. 1:05-CV-02227-ESH |

## [PROPOSED] ORDER

Before the court is the Joint Motion to Temporarily Stay All Proceedings ("the Motion"), filed in this cause by plaintiffs, Equal Rights Center, Philip Myrun, and Bonnie Milstein, and Defendant, Trentuno Limited Partnership d/b/a/ The Carlyle Suites Hotel. Having considered the Motion, the Court deems it appropriate to grant the Motion.

It is ORDERED, ADJUDGED, and DECREED, therefore, that the Joint Motion to Temporarily Stay All Proceedings is GRANTED and that all proceedings before this Court in Case No. 1:05-CV-02227-ESH are STAYED for thirty (30) days.

Signed this the _____ day of December, 2005.

                                                                                     _____
                                                                                     Ellen Segal Huvelle
                                                                                     United States District Court Judge

**Copies of the Order should be sent to the following:**

| *Pro Se* Defendant: | Attorneys for Plaintiffs: |
|---|---|
| Richard A. Spigler<br>President<br>TRENTUNO LIMITED PARTNERSHIP<br>d/b/a THE CARLYLE SUITES HOTEL<br>1731 New Hampshire Ave., NW<br>Washington, DC 20009<br>Tel: (202) 232-5900<br>Fax: (202) 387-0085 | David D. DiBari (DC Bar ID # 426152)<br>CLIFFORD CHANCE US LLP<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>Tel: (202) 912-5000<br>Fax: (202) 912-6000<br><br>Elaine Gardner (DC Bar ID # 271262)<br>Washington Lawyers' Committee for<br>Civil Rights & Urban Affairs<br>11 Dupont Circle, N.W., Suite 400<br>Washington, D.C. 20036<br>Tel: (202) 319-1000<br>Fax: (202) 319-1010 |