IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER,<br>11 Dupont Circle NW, Suite 400<br>Washington, DC 20036<br><br>And<br><br>PHILIP MYRUN,<br>2 Starkel Road, Apt. 3<br>West Hartford, CT 06117<br><br>And<br><br>BONNIE MILSTEIN,<br>153 Ripley St.<br>San Francisco, CA 94110<br><br>   Plaintiffs,<br><br>  v.<br><br>TRENTUNO LIMITED PARTNERSHIP<br>d/b/a THE CARLYLE SUITES HOTEL,<br>1731 New Hampshire Ave., NW<br>Washington, DC 20009<br>(202) 232-5900<br><br>   Defendant. | Case No. 1:05-CV-02227-ESH |

## CERTIFICATE OF SERVICE

I, Joyce Parker, hereby certify, that on December __6__, 2005, I caused a copy of the foregoing **Joint Motion and Statement of Points and Authorities to Temporarily Stay All Proceedings** to be sent to *Pro Se* Defendant, Trentuno Limited Partnership d/b/a The Carlyle Suites Hotel, via Federal Express and facsimile at the following address and number:

Richard A. Spigler
President
TRENTUNO LIMITED PARTNERSHIP
d/b/a THE CARLYLE SUITES HOTEL
1731 New Hampshire Ave., NW
Washington, DC 20009
Tel: (202) 232-5900
Fax: (202) 387-0085


_____
Joyce Parker