UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EQUAL RIGHTS CENTER,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **TRENTUNO LIMITED PARTNERSHIP** ) <br> d/b/a **THE CARLYLE SUITES HOTEL,** ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 05-2227 (ESH) |

## ORDER

Before the Court is the Joint Motion to Temporarily Stay All Proceedings ("the Motion"), filed in this cause by plaintiffs, Equal Rights Center, Philip Myrun, and Bonnie Milstein, and defendant, Trentuno Limited Partnership d/b/a The Carlyle Suites Hotel. Having considered the Motion, the Court deems it appropriate to grant the Motion.

It is **ORDERED, ADJUDGED and DECREED**, therefore, that the Joint Motion to Temporarily Stay All Proceedings is **GRANTED** and that all proceedings before this Court in Case No. 1:05-CV-2227-ESH are **STAYED** for thirty (30) days. The Court, however, informs defendant that in the event that this matter is not resolved on or before January 7, 2006, it cannot continue to proceed *pro se* but must be represented by a counsel who is authorized to appear in this Court.

                                                                           s/
                                           ELLEN SEGAL HUVELLE
                                           United States District Judge

Date: December 6, 2005