IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER,<br>11 Dupont Circle NW, Suite 400<br>Washington, DC 20036<br><br>and<br><br>PHILIP MYRUN,<br>2 Starkel Road, Apt. 3<br>West Hartford, CT 06117<br><br>and<br><br>BONNIE MILSTEIN,<br>153 Ripley St.<br>San Francisco, CA 94110<br><br>        Plaintiffs,<br><br>    v.<br><br>TRENTUNO LIMITED PARTNERSHIP<br>d/b/a THE CARLYLE SUITES HOTEL,<br>1731 New Hampshire Ave., NW<br>Washington, DC 20009<br>(202) 232-5900<br><br>        Defendant. | Case No. 1:05-CV-02227-ESH |

## [PROPOSED] ORDER

Before the court is the Joint Motion to Extend the Temporary Stay of All Proceedings ("the Motion"), filed in this cause by plaintiffs, Equal Rights Center, Philip Myrun, and Bonnie Milstein, and Defendant, Trentuno Limited Partnership d/b/a/ The Carlyle Suites Hotel. Having considered the Motion, the Court deems it appropriate to grant the Motion.

It is ORDERED, ADJUDGED, and DECREED, therefore, that the Joint Motion to Extend the Temporary Stay of All Proceedings is GRANTED and that all proceedings before this Court in Case No. 1:05-CV-02227-ESH are STAYED for an additional sixty (60) days.

Signed this the _____ day of January, 2006.

_____
Ellen Segal Huvelle
United States District Court Judge

**Copies of the Order should be sent to the following:**

Attorney for Defendant:

Paul J. O'Reilly (MD Bar ID # 06855)
O'REILLY & MARK, P.C.
CRI Building
11200 Rockville Pike, Suite 301
North Bethesda, MD 20852
Tel: (301) 231-6330
Fax: (301) 231-6122

Attorneys for Plaintiffs:

Tara S. Swidler (DC Bar ID # 492138)
CLIFFORD CHANCE US LLP
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 912-5000
Fax: (202) 912-6000

Elaine Gardner (DC Bar ID # 271262)
Washington Lawyers' Committee for
Civil Rights & Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 319-1000
Fax: (202) 319-1010