IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, <br> 11 Dupont Circle NW, Suite 400 <br> Washington, DC 20036 <br><br> And <br><br> PHILIP MYRUN, <br> 2 Starkel Road, Apt. 3 <br> West Hartford, CT 06117 <br><br> And <br><br> BONNIE MILSTEIN, <br> 153 Ripley St. <br> San Francisco, CA 94110 <br><br>         Plaintiffs, <br><br> v. <br><br> TRENTUNO LIMITED PARTNERSHIP <br> d/b/a THE CARLYLE SUITES HOTEL, <br> 1731 New Hampshire Ave., NW <br> Washington, DC 20009 <br> (202) 232-5900 <br><br>         Defendant. | Case No. 1:05-CV-02227-ESH |

## JOINT MOTION AND STATEMENT OF POINTS AND AUTHORITIES TO EXTEND THE TEMPORARY STAY OF ALL PROCEEDINGS

Plaintiffs, Equal Rights Center, Philip Myrun, and Bonnie Milstein (collectively, "Plaintiffs"), by their counsel, Clifford Chance US LLP and the Washington Lawyers' Committee for Civil Rights & Urban Affairs, and Defendant, Trentuno Limited Partnership d/b/a/ The Carlyle Suites Hotel, by its counsel, O'Reilly & Mark, P.C., (collectively, "the

Parties"), respectfully submit this Joint Motion to Extend the Temporary Stay of All Proceedings, including Defendant's obligation to plead, answer, or otherwise respond to Plaintiffs' Complaint. In support of this motion, the Parties state as follows:

1) On November 16, 2005, Plaintiffs filed the Complaint against Defendant.

2) Plaintiffs' Complaint relates to Mr. Myrun's visit to the Hotel on November 17-20, 2004, Ms. Milstein's corresponding reservation for Mr. Myrun at the Hotel, and the accessibility of the Hotel for guests with disabilities. Plaintiffs allege that the Hotel's acts and state of accessibility constituted violations under the Americans with Disabilities Act, 42 U.S.C. §§ 12181-12189; the District of Columbia Human Rights Act, D.C. Code §§ 2-1401.01 --1404.04; the District of Columbia Consumer Protection Procedures Act, D.C. Code §§ 28-3901 --3911; and common law fraud.

3) On December 6, 2005, this Court granted the Parties' joint motion to stay these proceedings for thirty (30) days.

4) On January 6, 2006, with good faith negotiations ongoing, the Parties jointly moved for and this court granted an extension of the original stay of proceedings for an additional sixty (60) days.

5) Although the Parties agreed on a plan for installation of an exterior ramp in partial satisfaction of Plaintiffs' claims, this plan has currently not been approved by the Historic Preservation Review Board of Washington, DC.

6) The Parties have agreed to continue their cooperative efforts to arrive at an amicable resolution of this dispute and they agree that a further extension of the temporary stay of these proceedings would facilitate their efforts.

7) For these reasons, and in the interest of justice and judicial economy, the Parties jointly request that the Court further extend the temporarily stay of these proceedings in this case for an additional ninety (90) days.

WHEREFORE, the Parties respectfully move this Court to temporarily stay all proceedings for an additional ninety (90) days.

DATED this 28th day of February, 2006.

Respectfully submitted,

*[signature]*

_____
Paul J. O'Reilly (MD Bar ID # 06855)
O'REILLY & MARK, P.C.
CRI Building
11200 Rockville Pike, Suite 301
North Bethesda, MD 20852
Tel: (301) 231-6330
Fax: (301) 231-6122

*Attorney for Defendant*

*[signature]*

_____
David D. DiBari (DC Bar ID # 426152)
Tara S. Swidler (DC Bar ID # 492138)
CLIFFORD CHANCE US LLP
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 912-5000
Fax: (202) 912-6000

Elaine Gardner (DC Bar ID # 271262)
Washington Lawyers' Committee for
Civil Rights & Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 319-1000
Fax: (202) 319-1010

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, <br> 11 Dupont Circle NW, Suite 400 <br> Washington, DC 20036 <br><br> and <br><br> PHILIP MYRUN, <br> 2 Starkel Road, Apt. 3 <br> West Hartford, CT 06117 <br><br> and <br><br> BONNIE MILSTEIN, <br> 153 Ripley St. <br> San Francisco, CA 94110 <br><br> Plaintiffs, <br><br> v. <br><br> TRENTUNO LIMITED PARTNERSHIP <br> d/b/a THE CARLYLE SUITES HOTEL, <br> 1731 New Hampshire Ave., NW <br> Washington, DC 20009 <br> (202) 232-5900 <br><br> Defendant. | Case No. 1:05-CV-02227-ESH |

## [PROPOSED] ORDER

Before this Court is the Joint Motion to Extend the Temporary Stay of All Proceedings ("the Motion"), filed in this cause by plaintiffs, Equal Rights Center, Philip Myrun, and Bonnie Milstein, and Defendant, Trentuno Limited Partnership d/b/a/ The Carlyle Suites Hotel. Having considered the Motion, the Court deems it appropriate to grant the Motion.

It is ORDERED, ADJUDGED, and DECREED, therefore, that the Joint Motion to Extend the Temporary Stay of All Proceedings is GRANTED and that all proceedings before this Court in Case No. 1:05-CV-02227-ESH are STAYED for an additional ninety (90) days.

Signed this the _____ day of March, 2006.

                                                          Ellen Segal Huvelle
                                                          United States District Court Judge

**Copies of the Order should be sent to the following:**

Attorney for Defendant:

Paul J. O'Reilly (MD Bar ID # 06855)
O'REILLY & MARK, P.C.
CRI Building
11200 Rockville Pike, Suite 301
North Bethesda, MD 20852
Tel: (301) 231-6330
Fax: (301) 231-6122

Attorneys for Plaintiffs:

Tara S. Swidler (DC Bar ID # 492138)
CLIFFORD CHANCE US LLP
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 912-5000
Fax: (202) 912-6000

Elaine Gardner (DC Bar ID # 271262)
Washington Lawyers' Committee for
Civil Rights & Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 319-1000
Fax: (202) 319-1010