IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, <br> 11 Dupont Circle NW, Suite 400 <br> Washington, DC 20036 <br><br> And <br><br> PHILIP MYRUN, <br> 2 Starkel Road, Apt. 3 <br> West Hartford, CT 06117 <br><br> And <br><br> BONNIE MILSTEIN, <br> 153 Ripley St. <br> San Francisco, CA 94110 <br><br> Plaintiffs, <br><br> v. <br><br> TRENTUNO LIMITED PARTNERSHIP <br> d/b/a THE CARLYLE SUITES HOTEL, <br> 1731 New Hampshire Ave., NW <br> Washington, DC 20009 <br> (202) 232-5900 <br><br> Defendant. | Case No. 1:05-CV-02227-ESH |

## JOINT MOTION TO EXTEND THE TEMPORARY STAY OF ALL PROCEEDINGS

Plaintiffs, Equal Rights Center, Philip Myrun, and Bonnie Milstein (collectively, "Plaintiffs"), by their counsel, Clifford Chance US LLP and the Washington Lawyers' Committee for Civil Rights & Urban Affairs, and Defendant, Trentuno Limited Partnership d/b/a/ The Carlyle Suites Hotel, by its counsel, O'Reilly & Mark, P.C., (collectively, "the

Parties"), respectfully submit this Joint Motion to Extend the Temporary Stay of All Proceedings, including Defendant's obligation to plead, answer, or otherwise respond to Plaintiffs' Complaint. In support of this motion, the Parties state as follows:

1) On November 16, 2005, Plaintiffs filed the Complaint against Defendant.

2) Plaintiffs' Complaint relates to Mr. Myrun's visit to the Hotel on November 17-20, 2004, Ms. Milstein's corresponding reservation at and payment to the Hotel, and the accessibility of the Hotel to guests with disabilities. Plaintiffs allege that the Hotel's acts and state of accessibility constituted violations under the Americans with Disabilities Act, 42 U.S.C. §§ 12181-12189; the District of Columbia Human Rights Act, D.C. Code §§ 2-1401.01 --1404.04; the District of Columbia Consumer Protection Procedures Act, D.C. Code §§ 28-3901 --3911; and common law fraud.

3) On December 6, 2005, this Court granted the Parties' joint motion to stay these proceedings for thirty (30) days.

4) On January 6, 2006, with good faith negotiations ongoing, the court granted the Parties' joint motion for an extension of the original stay of proceedings for an additional sixty (60) days.

5) On March 8, 2006, with good faith negotiations ongoing, the court granted the Parties' joint motion for an extension of the original stay of proceedings for an additional ninety (90) days.

6) The Parties have engaged in productive negotiations and agree to continue their efforts to attempt to arrive at an amicable resolution of this dispute.

7) The Parties have made progress toward an amicable resolution and agree that a further extension of the temporary stay of these proceedings would facilitate their efforts. The Parties have recently identified a mutually agreeable interior lift, known as a Hidden Access Lift ("HAL"), and the Hotel is using its best efforts to install the lift. Specifically, the Parties have agreed on the following timeline: the Hotel will use its best efforts to: (1) by July 1, 2006, complete all structural and permit drawings and submit permit applications; (2) by October 1, 2006, obtain all permits, sign Contract for Purchase of the HAL, pay 80% deposit on the HAL, and sign all contractor bids, i.e. core drilling, structural, railings, electric, masonry, etc.; (3) by December 22, 2006, complete all site work preparation for the installation of the HAL, i.e. all core drilling, structural, railings, electric, masonry, etc.; and (4) by January 12, 2007, remove both sets of entrance doors to the Hotel and install the HAL.

8) For these reasons, and in the interest of justice and judicial economy, the Parties jointly request that the Court further extend the temporary stay of these proceedings in this case for an additional ninety (90) days.

WHEREFORE, the Parties respectfully move this Court to temporarily stay all proceedings for an additional ninety (90) days.

DATED this 6th day of June, 2006.

Respectfully submitted,

_____
Paul J. O'Reilly (MD Bar ID # 06855)
O'REILLY & MARK, P.C.
CRI Building
11200 Rockville Pike, Suite 301
North Bethesda, MD 20852
Tel: (301) 231-6330
Fax: (301) 231-6122

*Attorney for Defendant*

_____
David D. DiBari (DC Bar ID # 426152)
Jon R. Fritz (DC Bar ID #496656)
Tara S. Swidler (DC Bar ID # 492138)
CLIFFORD CHANCE US LLP
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 912-5000
Fax: (202) 912-6000

Elaine Gardner (DC Bar ID # 271262)
Washington Lawyers' Committee for
Civil Rights & Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 319-1000
Fax: (202) 319-1010

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, <br> 11 Dupont Circle NW, Suite 400 <br> Washington, DC 20036 <br><br> and <br><br> PHILIP MYRUN, <br> 2 Starkel Road, Apt. 3 <br> West Hartford, CT 06117 <br><br> and <br><br> BONNIE MILSTEIN, <br> 153 Ripley St. <br> San Francisco, CA 94110 <br><br>         Plaintiffs, <br><br> v. <br><br> TRENTUNO LIMITED PARTNERSHIP <br> d/b/a THE CARLYLE SUITES HOTEL, <br> 1731 New Hampshire Ave., NW <br> Washington, DC 20009 <br> (202) 232-5900 <br><br>         Defendant. | Case No. 1:05-CV-02227-ESH |

## [PROPOSED] ORDER

Before this Court is the Joint Motion to Extend the Temporary Stay of All Proceedings filed in this case by plaintiffs, Equal Rights Center, Philip Myrun, and Bonnie Milstein, and Defendant, Trentuno Limited Partnership d/b/a/ The Carlyle Suites Hotel. Having considered the motion, the Court deems it appropriate to grant the motion.

It is ORDERED, ADJUDGED, and DECREED, therefore, that the Joint Motion to Extend the Temporary Stay of All Proceedings is GRANTED and that all proceedings before this Court in Case No. 1:05-CV-02227-ESH are STAYED for an additional ninety (90) days.

Signed this the _____ day of June, 2006.

_____
Ellen Segal Huvelle
United States District Court Judge

**Copies of the Order should be sent to the following:**

Attorney for Defendant:

Paul J. O'Reilly (MD Bar ID # 06855)
O'REILLY & MARK, P.C.
CRI Building
11200 Rockville Pike, Suite 301
North Bethesda, MD 20852
Tel: (301) 231-6330
Fax: (301) 231-6122

Attorneys for Plaintiffs:

Tara S. Swidler (DC Bar ID # 492138)
CLIFFORD CHANCE US LLP
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 912-5000
Fax: (202) 912-6000

Elaine Gardner (DC Bar ID # 271262)
Washington Lawyers' Committee for
Civil Rights & Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 319-1000
Fax: (202) 319-1010