UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Civil Action No. 05-2227 (ESH) <br> ) |
| TRENTUNO LIMITED PARTNERSHIP <br> d/b/a THE CARLYLE SUITES HOTEL, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

### ORDER

The Court having been advised by counsel that this action will be settled, it is hereby

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice for a period of 150 days from the date of this Order. If settlement is not consummated within that 150-day period, the parties may reopen the action upon motion approved by the Court. If the matter must be reopened, defendant has agreed not to raise any statute of limitations defense for the period of time that this matter was dismissed without prejudice. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed <u>with</u> prejudice.

**SO ORDERED.**

                                                                   s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date:    September 11, 2006